## BURTON, Exr, et v TAX COMMISSION

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 17, 1930

For full opinion see 37 Oh Ap 183 (Oh Bar 2-17-31).

## BEDFORD (village) COUNCIL v STATE .ex THOMPSON, HINE & FLORY

Ohio Supreme Court

No 22515.  Decided Feb. 25, 1931

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**